IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-02177  MCF |
| SANDRA MARIA DE FATIMA SEDA BARLETTA | CHAPTER 13 |
| DEBTOR | |

## STATEMENT OF PURPOSE FOR *AMENDED SCHEDULE E/ F*

TO THE HONORABLE COURT:

COMES NOW DEBTOR, through its undersigned counsel of record and before this Court most respectfully states and prays:

1. Pursuant to Local Bankruptcy Rule 1009-1 debtor hereby provide a Statement of Purpose as to Amended Schedule E/ F which have been amended as follows:

a) Schedule E/F has been amended to include a unsecured creditor:

> Banco Popular de Puerto Rico
> Special Loan
> PO Box 362708
> San Juan, PR. 00936-2708

WHEREFORE, Debtor most respectfully requests that this Court take note of aforementioned amendment to Schedule E/F.

RESPECTFULLY SUBMITTED.  In San Juan, Puerto Rico this 25th day of April, 22019.

**I HEREBY CERTIFY THAT:** a copy of the instant motion and amended schedule have been sent to **Chapter 13 Trustee**, thru the Court's ECM/ECF noticing system and notified via ECM/ECF system to all appearing parties.

**LANDRAU RIVERA & ASSOC.**
Attorneys for Debtor
P.O. Box 270219
San Juan, PR 00927-0219
Tel. (787) 774-0224 / 273-7949
Fax. (787) 793-1004

*/s/ Noemí Landrau Rivera*
USDC No. 215510
nlandrau@landraulaw.com

*/s/ Josué A. Landrau Rivera*
USDC No. 226108
jlandrau@landraulaw.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **SANDRA MARIA DE FATIMA SEDA BARLETTA** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number | **19-02177  MCF** |
| (if known) | |

☑ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **INTERNAL REVENUE SERVICE** | | | |
| | Priority Creditor's Name | | | |

| Last 4 digits of account number  **7224** | **$1,899.91** | **$1,899.91** | **$0.00** |
|---|---|---|---|

**CENTRALIZED INSOLVENCY OPERATION**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

When was the debt incurred?  **2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____  **TAXES**

Is the claim subject to offset?

☑ No
☐ Yes

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  52302  Best Case Bankruptcy

Debtor 1 **SANDRA MARIA DE FATIMA SEDA BARLETTA**   Case number (if know) **19-02177 MCF**

---

**4.1** | **AUTORIDAD DE ACUEDUCTOS**

Nonpriority Creditor's Name

**Y ALCANTARILLADOS**
**P.O. BOX 70101**
**SAN JUAN, PR 00936-8101**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number **3858**

When was the debt incurred? **2019**

**$7,082.43**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **UTILITY**

---

**4.2** | **BANCO POPULAR DE PUERTO RICO**

Nonpriority Creditor's Name

**PO BOX 362708**
**SAN JUAN, PR 00936-2708**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number **2011**

When was the debt incurred? **1113003-9001**

**$1.00**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**LOAN**
**PROPERTY LOCATED AT:**
**URB. ESTANCIAS LA SIERRA**
**CALLE 6, F-87**
**CAGUAS, PR.**
☑ Other. Specify **TOTAL LOSS DUE TO LANDSLIDING**

---

**4.3** | **BANCO POPULAR DE PUERTO RICO**

Nonpriority Creditor's Name

**SPECIAL LOAN**
**PO BOX 362708**
**SAN JUAN, PR 00936-2708**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number **1625**

When was the debt incurred? **2011**

**$98,357.00**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**COMMERCIAL LOAN SECURED STATUS**
**CONTESTER**
**PROPERTY LOCATED AT: 8 CALLE TAPIA**
☑ Other. Specify **OCEAN PARK, SAN JUAN, PR. 00911**

---

Debtor 1 **SANDRA MARIA DE FATIMA SEDA BARLETTA**     Case number (if know) **19-02177** MCF

| 4.4 | **BANCO SANTANDER** | | Last 4 digits of account number **0570** | | **$67.41** |

Nonpriority Creditor's Name
**PO BOX 362589**
**SAN JUAN, PR 00936-2589**
Number Street City State Zip Code

When was the debt incurred? **2010**

Who incurred the debt? Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **CREDIT CARD DEBT OF SUCCESSION OF RAFAELA CABAN ROSA**

---

| 4.5 | **CRIM** | | Last 4 digits of account number | | **$1.00** |

Nonpriority Creditor's Name
**PO BOX 195387**
**SAN JUAN, PR 00919-5387**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **POSSIBLE CLAIM AFTER MORTGAGE FORECLOSURE ON PROPERTY ON CAGUAS.**

---

| 4.6 | **FANNIE MAE** | | Last 4 digits of account number | | **$1.00** |

Nonpriority Creditor's Name
**3900 WISCONSIN AVENUE NW WASHINGTON**
**Washington, DC 20016-2892**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **POSSIBLE CLAIM AFTER MORTGAGE FORECLOSURE**

---

| 4.7 | **JEFFERSON CAPITAL SYSTEMS, LLC** | | | $2,973.82 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 7999**
**Saint Cloud, MN 56302-9617**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **9468**

When was the debt incurred?   **2010**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CREDIT CARD**

---

| 4.8 | **MIDLAND FUNDING** | | | $1,367.75 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 268941**
**Oklahoma City, OK 73126**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **8787**

When was the debt incurred?   **2010**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **COLLECTION AGENCY - JC PENNY DEBT OF SUCCESSION OF RAFAELA CABAN ROSA**

---

| 4.9 | **SMALL BUSINESS ADMINISTRATION** | | | $1.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2120 RIVERFRONT DRIVE SUITE 100**
**LITTLE ROCK, AR 72202**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

### Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**BANCO POPULAR**
**PO BOX 363228**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Debtor 1   SANDRA MARIA DE FATIMA SEDA BARCELITA                     Case number (if know)     19-02177   MCF

SAN JUAN, PR 00936-3223

| | | Last 4 digits of account number | |
|---|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **BANCO POPULAR**<br>**PO BOX 71528**<br>**SAN JUAN, PR 00936-8628** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 1,899.91 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 1,899.91 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 109,852.41 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 109,852.41 |

**Fill in this information to identify your case:**

| Debtor 1 | SANDRA MARIA DE FATIMA SEDA BARLETTA | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number   **19-02177 MCF**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ SANDRA MARIA DE FATIMA SEDA BARLETTA**        X  _____
**SANDRA MARIA DE FATIMA SEDA BARLETTA**                      Signature of Debtor 2
Signature of Debtor 1

Date   **April 25, 2019**                                                   Date  _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

SANDRA MARIA DE FATIMA SEDA BARDEITA
#8 CALLE TAPIA
OCEAN PARK
SAN JUAN, PR 00911-1452

PO BOX 195387
SAN JUAN, PR 00919-5387

RIVERA MUNICH, ELIZA & HERN
PO BOX 364908
SAN JUAN, PR 00918

NOEMI LANDRAU RIVERA, ESQ
LANDRAU RIVERA & ASSOCIATES
PO BOX 270219
SAN JUAN, PR 00927

FANNIE MAE
3900 WISCONSIN AVENUE
NW WASHINGTON
WASHINGTON, DC 20016-2892

SMALL BUSINESS ADMINISTRAT
2120 RIVERFRONT DRIVE SUITE 1
LITTLE ROCK, AR 72202

AURORA BANK FSB
2617 COLLEGE PARK
SCOTTSBLUFF, NE 69361

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS
P.O. BOX 70101
SAN JUAN, PR 00936-8101

ISABEL DE LA TORRE
C/O ENRIQUE PERAL, ESQ.
340 AVE. FELISA RINCON, APDO. 2508
SAN JUAN, PR 00926-6641

BANCO POPULAR
PO BOX 363228
SAN JUAN, PR 00936-3223

JEFFERSON CAPITAL SYSTEMS, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

BANCO POPULAR
PO BOX 71528
SAN JUAN, PR 00936-8628

LIC. ANTONIO HERNANDEZ ALMODOVAR
RIVERA-MUNICH & HERNANDEZ LAW OFFICES
PO BOX 364908
SAN JUAN, PR 00936-4908

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708

LIC. IDALIA N. LEON LANDRAU
PO BOX 7531
CAGUAS, PR 00726-7531

BANCO POPULAR DE PUERTO RICO
SPECIAL LOAN
PO BOX 362708
SAN JUAN, PR 00936-2708

LIC. JULIO NIGAGLIONI ARRACHE
URB. RIBERAS DEL RIO
CALLE 7 D-1
BAYAMON, PR 00959

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936-2589

MIDLAND FUNDING
PO BOX 268941
OKLAHOMA CITY, OK 73126