IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SANDRA MARIA DE FATIMA SEDA BARLET

DEBTOR(S)

CASE NO. 19-02177-MCF

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is : $ 130,225

3. The general unsecured pool is : $ 0

AMENDED PLAN DATE: September 25, 2020        PLAN BASE: $18,600.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/28/2020

[ ] FAVORABLE                          [X] UNFAVORABLE

[X] OTHER:

1) Secured creditor Isabel de la Torre Machado filed motion to dismiss various grounds and debtor replied in opposition. See dkt's 45 & 61. Trustee notes that debtor plan contains a time period of 28 months from petition to sell her real property. 2) Secured creditor Isabel de la Torre Machado filed an objection to confirmation on various grounds (dkt. 59). So far, debtor has yet to reply to the objection. 3) Secured creditor BPPR filed an objection to confirmation at dkt. 60. Debtor has yet to reply.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

Atty: NOEMI LANDRAU RIVERA*

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG