IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SANDRA MARIA DE FATIMA SEDA BARLETA

DEBTOR(S)

CASE NO. 19-02177-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is : $ 130,225

3. The general unsecured pool is : $ 0

AMENDED PLAN DATE: January 08, 2021        PLAN BASE: $18,600.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 1/11/2021

[ ] FAVORABLE        [X] UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

**(1) Considering the proximity of the projected sale of debtor's real property, August 2021, is is the 28th month from petition, debtor is asked to provide information on any offers received for the sale of the property. It is noted that secured creditor, Isabel De la Torre objected the prior plan on the 28 month waiting period to sell the property and same provision remains in the current plan. (2) Debtor to provide status of the 2 state court lawsuits, where she is plaintiff and is proposing to tender to trustee non exempt proceeds.**

**[X] OTHER:**

**(1) Provisions in Part 8, proposing to tender non-exempt proceeds from lawsuits should include additional language so that the plan's base will be deemed automatically increased with the proceeds received.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

Atty: NOEMI LANDRAU RIVERA*

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG