## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>SANDRA MARIA DE FATIMA SEDA BARLETTA<br><br>Debtor | CASE NO. 19-02177(MCF)<br><br>CHAPTER 13 |

### MOTION TO WITHDRAW DK. NO. 73

By counsel, Isabel de la Torre – Machado (hereinafter "De la Torre") very respectfully represents and prays as follows:

1. The appearing creditor filed an objection to confirmation at Dk. No. 73, which has an error in the amount specified at paragraph e.

2. As a result, OB is hereby withdrawing Dk. No. 73 to thereafter file a corrected version of said document.

**WHEREFORE**, it is respectfully requested from this Honorable Court to **GRANT** the withdrawal of Dk. No. 73, with any other redress this Court may deem just and proper.

**CERTIFICATE OF SERVICE:** This document was filed with the U.S. Bankruptcy Court for the District of Puerto Rico using the CM/ECF filing system, which will send a copy of this motion to all registered parties including: **Noemí Landrau - Rivera, Esq.**, Counsel for Debtor, **Alejandro Oliveras - Rivera, Esq.**, Chapter 13 Trustee, and to the **U.S. Trustee Office**. A copy of this document was also sent by First Class Mail to **Sandra María de Fatima Seda Barletta,** Debtor, #8 Calle Tapia, Ocean Park, San Juan, Puerto Rico 00911.

**RESPECTFULLY SUBMITTED.**

In Guaynabo Puerto Rico on this 19th day of January 2021.

1

**LUIS M. SUAREZ LOZADA**
**LAW OFFICES**
Counsel for Isabel de la Torre - Machado
P.O. Box 192333
San Juan, Puerto Rico 00919-2333
Phone:(787)296-4299
e-mail: suarez@caribe.net
**/S/Luis M. Suárez Lozada**
USDC-PR 209712

2