## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>SANDRA MARIA DE FATIMA SEDA BARLETTA<br><br>Debtor | CASE NO. 19-02177(MCF)<br><br>CHAPTER 13 |

## MOTION REQUESTING ORDER FOR EXPEDITED DISCOVERY, SHORTENED TIME TO OBJECT AND TO INFORM THAT DISCOVERY HAS BEEN SERVED

**TO THE HONORABLE COURT:**

By counsel, Isabel de la Torre – Machado (hereinafter "De la Torre") very respectfully represents and prays as follows:

1. Debtor of caption initiated the case of caption by filing a Chapter 13 petition on April 22, 2019. Dk. No. 1.

2. Thereafter, Debtor filed her first proposed Chapter 13 plan dated May 16, 2019. Dk. No. 11.

3. The foregoing proposed plan was objected to by the appearing creditor, Banco Popular de Puerto Rico (hereinafter "BPPR") and the Chapter 13 Trustee. See, Dk. No. 15, Dk. No. 23 and Dk. No. 22, respectively.

4. After that, Debtor has filed four (4) amended proposed Chapter 13 plans, all of which have been objected by the appearing creditor, BPPR and the Chapter 13 Trustee. See, Dk. No. 28, Dk. No. 46, Dk. No. 52 and Dk. No. 69.

5. Almost two years have passed since the filing of the petition and Debtor has not yet confirmed a Chapter 13 plan.

6. Nevertheless, Debtor's excuse for not paying any adequate protection to secured creditors with liens over her real property located at #8 Calle Tapia in Ocean Park, San Juan, Puerto Rico is, that allegedly, said property has a substantial equity cushion which allows for said realty to be sold within an a long period of time, while being able to pay all secured creditors in full at the closing of its sale.

7. A hearing to consider the confirmation of Debtor's latest proposed plan dated January 8, 2021 and objected by the appearing creditor and BPPR is slated for **April 6, 2021 at 9:00 a.m.**

8. In view that the aforementioned hearing is a contested matter governed by Rule 9014 of the Federal Rules of Bankruptcy Procedure; Rule 7034 of the same rules is also applicable to conduct discovery regarding the confirmation of Debtor's proposed plan.

9. As a result, the undersigned informally requested through Debtor's counsel to coordinate a date and time to inspect and appraise Debtor's realty located at #8 Calle Tapia, Ocean Park, Puerto Rico, which is the appearing creditor's collateral.

10. Regretfully, and despite our best efforts to get access to the realty that serves as the appearing creditor's collateral in order to inspect and appraise the same, it has been impossible to obtain Debtor's cooperation to do so.

11. As a result, the appearing creditor was left with no choice but to send a formal discovery request to Debtor through her counsel on today's date. A copy of the request pursuant to Rule 34 of the Federal Rules of Civil Procedure is attached herewith.

12. In view of Debtor's failure to cooperate in order to coordinate a date and time to appraise Ms. De la Torre's collateral, we are also hereby requesting form his Honorable Court to direct Debtor to cooperate with the discovery request attached herewith, so the appearing

3

creditor may conduct the desire inspection and appraisal of her collateral and have an appraisal report ready before the hearing slated for ***April 6, 2021*** to consider the confirmation of Debtor's latest proposed plan.

13. A request for a shortened five (5) day(s) time to object to the discovery request attached herewith is hereby requested, in order for the appearing party to able to conduct the desired appraisal of its collateral and have an appraisal report ready before the date slated to consider the confirmation of Debtor's latest plan set for April 6, 2021.

14. The appearing creditor has undertaken all efforts to achieve the foregoing without having to occupy the time of this Honorable Court with discovery matters related to the confirmation hearing scheduled for April 6, 2021, to no avail.

15. Finally, we hereby inform this Honorable Court that the attached discovery request to appraise the appearing creditor's collateral has been served upon debtor through her counsel of record.

**SHORTENED NOTICE FOR OPPORTUNITY TO OBJECT
AND FOR HEARING**

*Within five (5) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico and serve a copy of the same on the appearing parties and the US Trustee's Office. If no objection or other response is filed within the time allowed herein, the relief sought will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.*

**WHEREFORE**, it is respectfully requested from this Honorable Court to **GRANT** this motion and as a result enter an order directing Debtor to comply with the discovery request attached

4

herewith within the shortened period of time, along with any other redress this Court may deem just

and proper.

**CERTIFICATE OF SERVICE:** This document was filed with the U.S. Bankruptcy Court for the District of Puerto Rico using the CM/ECF filing system, which will send a copy of this motion to all registered parties including: **Noemí Landrau - Rivera, Esq.**, Counsel for Debtor, **Alejandro Oliveras - Rivera, Esq.**, Chapter 13 Trustee, and to the **U.S. Trustee Office**. A copy of this document was also sent by First Class Mail to **Sandra María de Fatima Seda Barletta,** Debtor, #8 Calle Tapia, Ocean Park, San Juan, Puerto Rico 00911 and to all creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico on this 22nd day of February 2021.

**LUIS M. SUAREZ LOZADA
LAW OFFICES**
Counsel for Isabel de la Torre Machado
P.O. Box 192333
San Juan, Puerto Rico 00919-2333
Phone:(787)296-4299
e-mail: suarez@caribe.net
**/S/Luis M. Suárez Lozada**
USDC-PR 209712

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| SANDRA MARIA DE FATIMA SEDA BARLETTA | * * * | CASE NO. 19-02177(MCF) |
| Debtor | * * | CHAPTER 13 |

**DISCOVERY REQUEST TO PERMIT ENTRY UPON LAND AND STRUCTURES FOR INSPECTION & APPRAISAL SURVEY PURSUANT TO RULES 9014 and 7034 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

To: **SANDRA MARIA DE FATIMA SEDA BARLETTA**
Through their Attorney of Record
Noemí Landrau – Rivera, Esq. and
Josué Landrau – Rivera, Esq.
P.O. Box 270219
San Juan, Puerto Rico 00927
Phone: (787)774-0224
Fax. (787)793-1004
e-mail: nlandrau@landraulaw.com
and jlandrau@landraulaw.com

**PLEASE TAKE NOTICE** that ISABEL DE LA TORRE**, through its attorney Luis M. Suárez Lozada of Luis M. Suárez Lozada Law Offices** requests that, within five (5) days after service of this Request **SANDRA MARIA DE FATIMA SEDA BARLETTA** permits the personnel of **Efraín Tirado Appraisal Group** to enter onto land, structures and premises more particularly described hereinbelow in the Spanish language to inspect such real property and all improvements thereon in order to conduct an appraisal survey of the same:

**URBANA: Solar marcado con el número catorce de la Manzana I del Plano de Urbanización de los terrenos de Ocean Park Development Corporation, radicado en la Sección Norte del Barrio de Santurce, San Juan, Puerto Rico, sitio conocido por el Parque. Tiene una superficie de cuatrocientos cincuenta y ocho metros diez centímetros cuadrados. Colinda por el NORTE, en treinta y un metros veinte y seis centímetros con el solar número trece de Ocean Park Development Corporation; por el SUR, en veintinueve metros, con el solar número seis, propiedad de Rolando Rivera Robert; por el ESTE, en quince metros ocho centímetros con la Avenida San Gabriel; y por el OESTE, en quince metros, con el solar número doce, propiedad de Ocean Park Development Corporation.**

**Según inscripción 13ra se menciona que en dicho solar enclava un edifico de concreto de 2 plantas dedicadas a hotel y al fondo del solar enclava otro edificio de 2 plantas, dedicado a hotel, también de cemento. Inscrita al folio 155 del tomo 802 de Santurce Norte, Finca número 8,999; Registro de la Propiedad de Puerto Rico, Sección I de San Juan.**

Such entry, inspection and survey shall occur on **March 11, 2021**, commencing *between 9:00 am. and 9:30 am.* The requested entry shall include the entirety of the Land, the inside of all Buildings and Structures, and all premises as necessary to complete the inspection, appraisal and survey of the real

property described herein. The parties attending such inspection will be personnel of **Efraín Tirado Appraisal Group** or any person employed or designated by Mr. Efraín Tirado as president of **Efraín Tirado Appraisal Group.**

In Guaynabo, Puerto Rico on this 22nd day of February, 2021.

**LUIS M. SUAREZ LOZADA**
**LAW OFFICES**
Counsel for Isabel de la Torre
P.O. Box 192333
San Juan, Puerto Rico 00919-2333
Phone:(787)296-4299
Facsimile:(787)763-0818
e-mail: suarez@caribe.net
**/S/Luis M. Suárez Lozada**
USDC-PR 209712

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 19-02177-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Mon Sep 14 12:20:45 AST 2020 | BANCO POPULAR PR - SPECIAL LOANS<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| AURORA BANK FSB<br>2617 COLLEGE PARK<br>Scottsbluff, NE 69361-2294 | AUTORIDAD DE ACUEDUCTOS<br>Y ALCANTARILLADOS<br>P.O. BOX 70101<br>SAN JUAN, PR 00936-8101 | BANCO POPULAR DE PUERTO RICO<br>SPECIAL LOANS<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | Banco Popular de Puerto Rico<br>Special Loans Department (749)<br>PO Box 362708<br>San Juan, PR 00936-2708 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | FANNIE MAE<br>3900 WISCONSIN AVENUE<br>NW WASHINGTON<br>Washington, DC 20016-2806 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| ISABEL DE LA TORRE MACHADO<br>H3 CONDOMINIO MEADOWS TOWER APT. 6A<br>AVENIDA SAN PATRICIO<br>GUAYNABO, PR 00968 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LIC. ANTONIO HERNANDEZ ALMODOVAR<br>RIVERA-MUNICH & HERNANDEZ LAW OFFICES<br>PO BOX 364908<br>San Juan, PR 00936-4908 |
| LIC. IDALIA N. LEON LANDRAU<br>PO BOX 7531<br>Caguas, PR 00726-7531 | LIC. JULIO NIGAGLIONI ARRACHE<br>URB. RIBERAS DEL RIO<br>CALLE 7 D-1<br>Bayamon, PR 00959-8820 | MIDLAND FUNDING<br>PO BOX 268941<br>Oklahoma City, OK 73126-8941 |
| RIVERA MUNICH & HERNANDEZ LAW OFFICES PSC<br>PO BOX 364908<br>SAN JUAN PR 00936-4908 | RIVERA MUNICH, ELIZA & HERNANDEZ<br>PO BOX 364908<br>San Juan, PR 00936-4908 | SMALL BUSINESS ADMINISTRATION<br>2120 RIVERFRONT DRIVE SUITE 100<br>LITTLE ROCK, AR 72202-1794 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | US Department of Education<br>PO Box 16448<br>Saint Paul, MN 55116-0448 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| ISABEL DE LA TORRE -MACHADO<br>H3 CONDOMINIO MEADOWS TOWER APT. 6A<br>GUAYNABO, PR 00968 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | NOEMI LANDRAU RIVERA<br>PO BOX 270219<br>SAN JUAN, PR 00928-3019 |
| SANDRA MARIA DE FATIMA SEDA BARLETTA<br>8 CALLE TAPIA<br>OCEAN PARK<br>SAN JUAN, PR 00911-1442 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS, LLC<br>PO BOX 7999<br>Saint Cloud, MN 56302-9617 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    0<br>Total              27 |