IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br>SANDRA MARIA DE FATIMA SEDA BARLETTA<br>Debtor | CASE NO. 19-02177 MCF<br>CHAPTER 13 |
|---|---|

### NOTICE OF WITHDRAWAL OF PLEADING AT DOCKET 80

**TO THE HONORABLE COURT:**

COMES NOW, undersigned counsel and before this Court most respectfully states and prays:

1. Motion filed at docket 80 was inadvertently filed.
2. Pleading filed at docket 80 is hereby withdrawn.

WHEREFORE, it is respectfully requested that this Court take note of the withdrawal of the motion filed at docket 80.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico this 23rd day of February, 2021.

I HEREBY CERTIFY: That a true copy of the instant motion has been forwarded via the Court electronic filing system to Chapter 13 Trustee at his registered address of record and all other parties participating in the CM/ECF system.

**LANDRAU RIVERA & ASSOC.**
P.O. BOX 270219
SAN JUAN, P.R. 00927-0219
TEL. 787-774-0224 / 787-273-7949

/s/ NOEMI LANDRAU RIVERA
USDC 215510
nlandrau@landraulaw.com

/s/ JOSUE A. LANDRAU RIVERA
USDC 226108
jlandrau@landraulaw.com