# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>SANDRA MARIA DE FATIMA SEDA BARLETTA<br><br>Debtor | CASE NO. 19-02177(MCF)<br><br>CHAPTER 13 |

## URGENT MOTION REQUESTING ENTRY OF ORDER

**TO THE HONORABLE COURT:**

By counsel, secured creditor Isabel de la Torre - Machado very respectfully represent and pray as follows:

1. On February 22, 2021 an order authorizing the appearing party to conduct an expedited discovery directed to inspect and appraise its collateral was requested at Dk. No. 79.

2. In the aforementioned motion requesting the authorization of expedited discovery a shortened period of five (5) days to object to the same was also requested. Dk. No. 79.

3. As of today, the shortened time to object has elapsed without any objection to the requested expedited discovery being filed.

4. As per the foregoing, it is hereby requested from this Honorable Court to enter an order approving the expedited discovery request at Dk. No. 79 and ordering Debtor to cooperate with the same so said discovery can be conducted on the scheduled date of March 11, 2021 at 9:00 am.

1

5. The aforementioned order was requested, due to Debtor's failure to voluntarily grant access to the appearing creditor's collateral, so the retained appraisers could conduct the desired inspection and appraisal.

6. The need for an expedited order is explained at Dk. No. 79, thus necessitating the issuance of an order before the date slated to conduct the requested expedited discovery and due to Debtor's resistance in voluntarily allowing access to the appearing creditor's collateral to conduct the desired discovery in time for the hearing on confirmation scheduled for April 6, 2021 at 9:00 am.

**WHEREFORE**, it is respectfully requested from this Honorable Court to **GRANT** this motion and proceed to enter an order approving expedited discovery request at Dk. No. 79 and issuing an order directed to Debtor to cooperate with said discovery by granting access to the appearing creditor's collateral, with any other redress this Court may deem just and proper.

**CERTIFICATE OF SERVICE:** This document was filed with the U.S. Bankruptcy Court for the District of Puerto Rico using the CM/ECF filing system, which will send a copy of this motion to all registered parties including: **Noemí Landrau - Rivera, Esq.**, Counsel for Debtor, **Alejandro Oliveras - Rivera, Esq.**, Chapter 13 Trustee, and to the **U.S. Trustee Office**. A copy of this document was also sent by First Class Mail to **Sandra María de Fatima Seda Barletta,** Debtor, #8 Calle Tapia, Ocean Park, San Juan, Puerto Rico 00911 and to all creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico on this 5th day of March 2021.

**LUIS M. SUAREZ LOZADA
 LAW OFFICES**
Counsel for Isabel de la Torre - Machado
P.O. Box 192333
San Juan, Puerto Rico 00919-2333
Phone:(787)296-4299
e-mail: suarez@caribe.net
**/S/Luis M. Suárez Lozada**
USDC-PR 209712

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 19-02177-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Mon Sep 14 12:20:45 AST 2020 | BANCO POPULAR PR - SPECIAL LOANS<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| AURORA BANK FSB<br>2617 COLLEGE PARK<br>Scottsbluff, NE 69361-2294 | AUTORIDAD DE ACUEDUCTOS<br>Y ALCANTARILLADOS<br>P.O. BOX 70101<br>SAN JUAN, PR 00936-8101 | BANCO POPULAR DE PUERTO RICO<br>SPECIAL LOANS<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | Banco Popular de Puerto Rico<br>Special Loans Department (749)<br>PO Box 362708<br>San Juan, PR 00936-2708 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | FANNIE MAE<br>3900 WISCONSIN AVENUE<br>NW WASHINGTON<br>Washington, DC 20016-2806 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| ISABEL DE LA TORRE MACHADO<br>H3 CONDOMINIO MEADOWS TOWER APT. 6A<br>AVENIDA SAN PATRICIO<br>GUAYNABO, PR 00968 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LIC. ANTONIO HERNANDEZ ALMODOVAR<br>RIVERA-MUNICH & HERNANDEZ LAW OFFICES<br>PO BOX 364908<br>San Juan, PR 00936-4908 |
| LIC. IDALIA N. LEON LANDRAU<br>PO BOX 7531<br>Caguas, PR 00726-7531 | LIC. JULIO NIGAGLIONI ARRACHE<br>URB. RIBERAS DEL RIO<br>CALLE 7 D-1<br>Bayamon, PR 00959-8820 | MIDLAND FUNDING<br>PO BOX 268941<br>Oklahoma City, OK 73126-8941 |
| RIVERA MUNICH & HERNANDEZ LAW OFFICES PSC<br>PO BOX 364908<br>SAN JUAN PR 00936-4908 | RIVERA MUNICH, ELIZA & HERNANDEZ<br>PO BOX 364908<br>San Juan, PR 00936-4908 | SMALL BUSINESS ADMINISTRATION<br>2120 RIVERFRONT DRIVE SUITE 100<br>LITTLE ROCK, AR 72202-1794 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | US Department of Education<br>PO Box 16448<br>Saint Paul, MN 55116-0448 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| ISABEL DE LA TORRE -MACHADO<br>H3 CONDOMINIO MEADOWS TOWER APT. 6A<br>GUAYNABO, PR 00968 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | NOEMI LANDRAU RIVERA<br>PO BOX 270219<br>SAN JUAN, PR 00928-3019 |
| SANDRA MARIA DE FATIMA SEDA BARLETTA<br>8 CALLE TAPIA<br>OCEAN PARK<br>SAN JUAN, PR 00911-1442 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS, LLC<br>PO BOX 7999<br>Saint Cloud, MN 56302-9617 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     0<br>Total                  27 |